UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDELL COLEMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NAPA COUNTY DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-04751-SI<br><br>**ORDER RE. SERVICE OF PROCESS** |

This matter is now before the court to address a service of process problem. On April 1, 2019, service of process was ordered on two defendants at the Napa County Jail: correctional officer Merrill and correctional lieutenant Wilson. Docket No. 13. The Marshal later reported that he was unable to serve process on these defendants because someone at the front desk of the jail said "they do not accept civil summons for C.O.s." Docket Nos. 16 and 17. Court staff later made inquiries and learned from a supervisor at the Napa County Department of Corrections that the front desk should accept service of process if the summonses were reissued.

Accordingly,

1. The clerk shall issue new summonses and the United States Marshal shall serve, without prepayment of fees, the summons, and a copy of the amended complaint, and a copy of the April 1, 2019 order, and a copy of this order upon correctional officer Merrill and correctional lieutenant Wilson, both of whom apparently are on the correctional staff at the Napa County Jail.

2. The briefing schedule for dispositive motions is now reset as follows: Defendants must file and serve their motion for summary judgment or other dispositive motion no later than **January 31, 2020.** Plaintiff must file and serve his opposition to the motion for summary judgment or other dispositive motion no later than **February 28, 2020**. If defendants wish to file a

reply brief, the reply brief must be filed and served no later than **March 13, 2020.**

**IT IS SO ORDERED**.

Dated: December 6, 2019

SUSAN ILLSTON
United States District Judge