1
2
3
4   UNITED STATES DISTRICT COURT
5   NORTHERN DISTRICT OF CALIFORNIA
6
7   WENDELL COLEMAN,                         Case No. 18-cv-04751-SI
8           Plaintiff,
                                             **JUDGMENT**
9       v.
10  NAPA COUNTY DEPARTMENT OF
    CORRECTIONS, et al.,
11
            Defendants.
12
13      This action is dismissed without prejudice because plaintiff failed to keep the court informed
14  of his current address.
15
16      **IT IS SO ORDERED AND ADJUDGED**.
17
18  Dated: March 3, 2020
19                                          _____
20                                          SUSAN ILLSTON
                                            United States District Judge
21
22
23
24
25
26
27
28